JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARREN D. CLARK,<br><br>Plaintiff,<br><br>-vs-<br><br>LVNV FUNDING LLC; CREDIT ONE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.<br><br>2:26-cv-00981-PA-SSC<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice as to Defendant LVNV FUNDING LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 13th of October 2026

Percy Anderson
United States District Judge